FILED
2022 JUN 22 PM 3:11
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (#7349)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4264 • Facsimile: (435) 634-4272

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY |
| RODRIGO ROJAS-IBARRA, | : | REMOVED ALIEN) |
| Defendant. | : | Case: 4:22–cr–00068<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 6/22/2022<br>Description: USA v. Rodrigo Rojas –Ibarra |

---

The United States Attorney charges:

COUNT I

On or about June 20, 2022, in the Central Division of the District of Utah,

RODRIGO ROJAS-IBARRA,

the defendant herein, an alien who on or about February 2, 2018 and January 27, 2018, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for

admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 22nd day of June, 2022.

TRINA A. HIGGINS
United States Attorney

BRADY WILSON
Assistant United States Attorney